IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: <br> SIDHARTHA MUKHERJEE, and <br> SUNITA MUKHERJEE <br><br> Debtors. | § § § § § § § | CASE NO. 23-41386 <br><br><br> CHAPTER 7 |
| DIPAKKUMAR P. PRAVIN <br>    Plaintiff, <br><br> vs. <br><br> SIDHARTHA MUKHERJEE and <br> SUNITA MUKHERJEE <br>    Defendants. | § § § § § § § § § § § | ADV. NO.  24-04025 |

**Notice of Appearance and Request for Service of Papers**

PLEASE TAKE NOTICE of the appearance of Nicholas H. Shahbazi as counsel for Sidhartha Mukherjee and Sunita Mukherjee, Defendants in this adversary proceeding who requests notice of all matters and pleadings in this case.

Date:  July 9, 2024

        Respectfully submitted,

        **HERRIN LAW, PLLC**

    By:  */s/ Nicholas H. Shahbazi*
        **Nicholas H. Shahbazi**
        Texas Bar No. 24126819
        Email: nick@herrinlaw.com
        **C. Daniel Herrin**
        Texas Bar No. 24065409
        Email:  dherrin@herrinlaw.com
        12001 N. Central Expy., Suite 920
        Dallas, Texas 75243
        Tel. (469) 607-8551
        Fax. (214) 722-0271
        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 9, 2024, a true and correct copy of the foregoing document was served upon all parties entitled to receive notices through the Court's electronic notification system.

*/s/ Nicholas H. Shahbazi*
**Nicholas H. Shahbazi**
