# EXHIBIT-A

## CERTIFICATE OF LAST KNOWN MAILING ADDRESS

I, (name) Dipakkumar (Dipak) P Pravin, hereby certify that based upon a review of records in my/our possession and the records found in the public domain, the last known mailing address of (Defendant 1) **Sidhartha Mukherjee** is 3905 Kite Meadow Drive Plano, TX 75074.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

I, (name) Dipakkumar (Dipak) P Pravin hereby certify that based upon a review of records in my/our possession and the records found in the public domain, the last known mailing address of (Defendant 2) **Sunita Mukherjee** is 3905 Kite Meadow Drive Plano, TX 75074.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

# EXHIBIT-B
## Military Status Affidavit

I, Dipakkumar (Dipak) P Pravin, hereby certify that I have known (Defendant 1) **Sidhartha Mukherjee** personally for five years and he has never given any indication to me that he is in service with the United States military or National Guard.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

I, Dipakkumar (Dipak) P Pravin, hereby certify that I have known (Defendant 2) **Sunita Mukherjee** personally for five years and she has never given any indication to me that she is in service with the United States military or National Guard.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

# EXHIBIT-C





# EXHIBIT-D
## Defendants' Competence Status Affidavit

I, Dipakkumar (Dipak) P Pravin, hereby certify that I have known (Defendant 1) **Sidhartha Mukherjee** personally for over five years and based on my interactions and general knowledge I do not believe that he is incompetent.

I, Dipakkumar (Dipak) P Pravin, hereby certify that I have known (Defendant 2) **Sunita Mukherjee** personally for over five years and based on my interactions and general knowledge I do not believe that she is incompetent.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

# EXHIBIT-E

## First short-term borrowing contracts for $25,000/- signed by Sidhartha Mukherjee on March 26, 2021 to be repaid with principal and interest @2.5% per month.

### INVESTMENT CONTRACT

This Investment Contract (the "Contract" or "Agreement") is made as of date March 26, 2021 (the "Effective Date") by and

BETWEEN

**Dipakkumar P Pravin**, 7432 Bradford Pear Dr, Irving TX-75063

AND

**Dallas Creative Remodelers** having registered office at 9221 Amberton PKWY, Dallas TX-75243 & located at 3905 Kite Meadow Drive, Plano TX-75074 is represented by Sidhartha Mukherjee

**Dallas Creative Remodelers** has obtained Contract for providing various construction services to various Government Organizations & desires to invite investment from **Dipakkumar P Pravin** in order to start execution of the said construction jobs.

THEREFORE, in consideration of the mutual promises set forth below, the Parties agree as follows:

**DESCRIPTION OF TRANSACTION**

**Dipakkumar P Pravin** will invest **$25,000** (USD Twenty five Thousand) with **Dallas Creative Remodelers** as a short term loan on March 26, 2021 in the Bank account of **Dallas Creative Remodelers** for a period of 4 months. **Dallas Creative Remodelers** will use these funds towards execution of various Construction jobs mentioned above. After completion of 4 months **Dallas Creative Remodelers** will return the Investment of $25,000 (USD Twenty five Thousand) to **Dipakkumar P Pravin**. **Dallas Creative Remodelers** will also pay a monthly fixed Return on Investment @2.5% on the principal amount of $25,000 to **Dipakkumar P Pravin** totaling to **$27,500**. All the transaction will be done through Bank.

INVESTOR: Dipakkumar P Pravin

By: _[signature]_   Date: March 26, 2021

CONTRACTOR: Dallas Creative Remodelers

**Sidhartha Mukherjee** Authorized signatory

By: _Sidhartha Mukherjee_   Date: March 26, 2021

# EXHIBIT-F

## Second short term borrowing contracts for $30,000/- signed by Sidhartha Mukherjee on June 29,2021 to be repaid with principal and interest @2.5% per month.

### INVESTMENT CONTRACT

This Investment Contract (the "Contract" or "Agreement") is made as of date June 29, 2021 (the "Effective Date") by and

BETWEEN

**Dipakkumar P Pravin**, 7432 Bradford Pear Dr, Irving TX-75063

AND

**Dallas Creative Remodelers** having registered office at 9221 Amberton PKWY, Dallas TX-75243 & located at 3905 Kite Meadow Drive, Plano TX-75074 is represented by Sidhartha Mukherjee

**Dallas Creative Remodelers** has obtained Contract for providing various construction services to various Government Organizations & desires to invite investment from **Dipakkumar P Pravin** in order to start execution of the said construction jobs.

THEREFORE, in consideration of the mutual promises set forth below, the Parties agree as follows:

**DESCRIPTION OF TRANSACTION**
**Dipakkumar P Pravin** will invest **$30,000** (USD Thirty Thousand)with **Dallas Creative Remodelers** as a short term loan on June 29, 2021 in the Bank account of **Dallas Creative Remodelers** for a period of 4 Weeks. **Dallas Creative Remodelers** will use these funds towards execution of various Construction jobs mentioned above. After completion of 4 weeks **Dallas Creative Remodelers** will return the Investment of $30,000 (USD Thirty Thousand)to **Dipakkumar P Pravin**. **Dallas Creative Remodelers** will also pay a fixed Return on Investment @2.5% on the principal amount of $30,000 to **Dipakkumar P Pravin** totaling to $30,750. All the transaction will be done through Bank.

INVESTOR: **Dipakkumar P Pravin**

By: _____   Date : June 29, 2021


CONTRACTOR: **Dallas Creative Remodelers**

**Sidhartha Mukherjee** Authorized signatory

By: *Sidhartha Mukherjee*   Date: June 29, 2021

# EXHIBIT-G

**Calculations showing original principal amounts ($55,000/-) plus subsequently accrued interests ($48,625.00) per the two contracts which totals to ($103,625.00).**

| Month-Due | Due from Loan 25K Mar-26-21 | Monthy Fixed Intrest 25K Loan | Due From Loan 30K Jun-29-2021 | Monthy Fixed Intrest 30K Loan |
|---|---|---|---|---|
| Jul-26-2021 | $27,500 | $625 | $30,750 | $750 |
| Aug-26-2021 | $28,125 | $625 | $31,500 | $750 |
| Sep-26-2021 | $28,750 | $625 | $32,250 | $750 |
| Oct-26-2021 | $29,375 | $625 | $33,000 | $750 |
| Nov-26-2021 | $30,000 | $625 | $33,750 | $750 |
| Dec-26-2021 | $30,625 | $625 | $34,500 | $750 |
| Jan-26-2022 | $31,250 | $625 | $35,250 | $750 |
| Feb-26-2022 | $31,875 | $625 | $36,000 | $750 |
| Mar-26-2022 | $32,500 | $625 | $36,750 | $750 |
| Apr-26-2022 | $33,125 | $625 | $37,500 | $750 |
| May-26-2022 | $33,750 | $625 | $38,250 | $750 |
| Jun-26-2022 | $34,375 | $625 | $39,000 | $750 |
| Jul-26-2022 | $35,000 | $625 | $39,750 | $750 |
| Aug-26-2022 | $35,625 | $625 | $40,500 | $750 |
| Sep-26-2022 | $36,250 | $625 | $41,250 | $750 |
| Oct-26-2022 | $36,875 | $625 | $42,000 | $750 |
| Nov-26-2022 | $37,500 | $625 | $42,750 | $750 |
| Dec-26-2022 | $38,125 | $625 | $43,500 | $750 |
| Jan-26-2023 | $38,750 | $625 | $44,250 | $750 |
| Feb-26-2023 | $39,375 | $625 | $45,000 | $750 |
| Mar-26-2023 | $40,000 | $625 | $45,750 | $750 |
| Apr-26-2023 | $40,625 | $625 | $46,500 | $750 |
| May-26-2023 | $41,250 | $625 | $47,250 | $750 |
| Jun-26-2022 | $41,875 | $625 | $48,000 | $750 |
| Jul-26-2023 | $42,500 | $625 | $48,750 | $750 |
| Aug-26-2023 | $43,125 | $625 | $49,500 | $750 |
| Sep-26-2023 | $43,750 | $625 | $50,250 | $750 |
| Oct-26-2023 | $44,375 | $625 | $51,000 | $750 |
| Nov-26-2023 | $45,000 | $625 | $51,750 | $750 |
| Dec-26-2023 | $45,625 | $625 | $52,500 | $750 |
| Jan-26-2024 | $46,250 | $625 | $53,250 | $750 |
| Feb-26-2024 | $46,875 | $625 | $54,000 | $750 |
| Mar-26-2024 | $47,500 | $625 | $54,750 | $750 |
| Apr-26-2024 | $48,125 | $625 | $55,500 | $750 |
| Total Pro-rated Due as of April-26-2024 | $103,625 | | | |

# EXHIBIT-H

**Two bounced checks each of $30,000/- signed by (Defendant-1) Sidhartha Mukherjee with his hand-written note indicating to pay interest at a later time. Neither of the checks ever cleared, one time their business partner Venkata declined to pay on December 19, 2022. These two were hand delivered to me on November 7, 2022, by his supervisor Chui at my home.**



# EXHIBIT-I

## Another bounced check of $39,000/- signed by (Defendant-1) Sidhartha Mukherjee on April 12, 2023

**CHASE**
7610 W. Washington St., IN1-7202
Indianapolis IN 46231-7202

Questions?
800-935-9935

00578 TRP 201 050 10733 NNNVNNNNNNNN EXC2
DIPAK P PRAVIN
OR MINAKSHI D PRAVIN
7432 BRADFORD PEAR DRIVE
IRVING TX  75063

April 17, 2023

Account:  201/xxxxxxxxxxxx1133/0
Advice:   106915

**Update:** We're subtracting funds from your account above

Dear DIPAK P PRAVIN:

We received a check(s) previously deposited to your account that was returned to us as unpaid.

Here's the reason for the returned check(s):

| Return Reason | Deposit Date | Internal Seq# | Amount |
|---|---|---|---|
| Refer to Maker<br>Please contact the person who gave you the check for more information. | 04/14/2023 | 99016836 | $39,000.00 |

1 Checks charged totaling:  $39,000.00

We subtracted the check(s) amount from your account and enclosed a copy of the returned check(s).

*111900057*
04/17/2023
99016836

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER



REFER TO MAKER

SIDHARTHA MUKHERJEE
3905 KITE MEADOW DR
PLANO, TX 75074-7757

9665
32-61/1110
DATE 04/12/2023

PAY TO THE ORDER OF  Dipak Pravin        $ 39,000=0
Thirty nine thousand                      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                          Sidhartha Mukherjee

⑈111000614⑈           9665

⑈111000614⑈           ⑉⑉⑉⑉⑉9665  ⑈0003900000⑈

# EXHIBIT-J

## Attorney's Fee Affidavit

[Screenshot of PayPal email receipt: Payment receipt from Joyce Lindauer Attorney, dated 09/05/2023 09:54:44. Joyce Lindauer Attorney, 1412 Main St, Ste 500, Dallas, TX 75202. Transaction ID 3YR566058K019721W. Invoice ID Pravin. Order information: legal services. Billing information: Visa •••• •••• •••• 9509, Dipak Pravin, dipakpravin@yahoo.com. Amount $495.00 USD, Shipping $0.00 USD, Tax $0.00 USD, Total $495.00 USD.]

I, Dipakkumar (Dipak) P Pravin, hereby certify that I have paid to Joyce W Lindauer Attorney the amount of $495.00 for the proof of claim representation in the defendants' action **case number 23-41386**. I have attached the snapshot of the receipt above.

Sincerely,

Signature: *[signed]*
Name: Dipakkumar (Dipak) P Pravin

# EXHIBIT-K
## Court filing fee receipt $350.00

## for the adversary proceedings number 24-04025

 An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below.
If you have any questions regarding this payment, please contact
Finance Department at 903-590-3200 or
TXEBml_Finance@txeb.uscourts.gov.

Application Name: TX Eastern Form Service
Pay.gov Tracking ID: 27E26BL3
Agency Tracking ID: 76707791877
Transaction Type: Sale
Transaction Date: 04/30/2024 01:29:36 PM EDT
Account Holder Name: Dipakkumar Pravin
Transaction Amount: $350.00
Card Type: Visa
Card Number: ************0147

Case Number: 24-04025
Debtor Name: SIDHARTHA MUKHERJEE AND SUNITA MUKHERJEE
Payer Name: Dipakkumar P Pravin
Phone: (716) 830-6129
Email: DipakPravin@yahoo.com
Description: Filing Fee for case number 24-04025

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury,
Bureau of the Fiscal Service

# EXHIBIT-L

## The proposed form of judgment for execution by the Court

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **Sidhartha Mukherjee** | § | Case No. 23-41386 |
| **Sunita Mukherjee** | § § | |
| Debtors | § | Chapter 7 |
| DIPAKKUMAR P. PRAVIN | § § § | |
| Plaintiff | § | |
| v. | § § | Adversary No. 24-4025 |
| SIDHARTHA MUKHERJEE | § | |
| SUNITA MUKHERJEE | § § | |
| Defendants | § | |

### PROPOSED DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)(2)

ON THIS DATE the Court considered the "Motion" for Default Judgment filed on July 16, 2024 by the **Plaintiff, Dipakkumar P. Pravin,** in the above-referenced adversary proceeding **and in response to this court's order (dated 06/25/2024)** for the "ENTRY OF DEFAULT BY COURT" against **Defendants, Sidhartha Mukherjee and Sunita Mukherjee,** pursuant to Fed. R. Civ. P. 55(a) which is Applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure

7055. The Court finds that the Complaint in this proceeding was filed on April 30, 2024, and served upon Defendants, Sidhartha Mukherjee and Sunita Mukherjee, on April 30, 2024. The Court further finds that such Defendants had failed to respond to the Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Accordingly,

Pursuant to Fed. R. Civ. P. 55(a) & (b)(2), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. A Default Judgment is entered in favor of the **Plaintiff Dipakkumar P. Pravin**, and against the **Defendants Sidhartha Mukherjee and Sunita Mukherjee**.
2. The Defendants are ordered to pay the Plaintiff the sum of **$159,470.00** plus
   a) post-judgment interest at the legal rate until the judgment is satisfied.
   b) all taxable costs of court post judgement, and
   c) all further relief to which plaintiff may be entitled, including all writs necessary to facilitate enforcement and collection of the Court's awarded judgment.
3. This Court shall retain jurisdiction to enforce this Judgment and to enter in any further orders necessary to effectuate its terms.

Signed on _____

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT-M

**WhatsApp messages with Defendant-1 between July 28, 2023, and August 4, 2023, during which defendant-1 kept promising to pay money. Their bankruptcy case 23-41386 was filed on July-31-2023**

**Sammy**

> The bottom line at this time is how much can you give me directly---this is probably 7th time that some transfer happening from somewhere to you or directly to me has failed.
>
> So I think I can only count on what you have now and you can give me now.  5:08 PM

**You**
Sammy
First you told me they are going to do internal transfer there is no way internal...

Internal transfer means from one sister concern to another sister concern, different bank  5:10 PM

This will be bofa to bofa, so no waiting time.  5:11 PM

> But I thought they already had money right because when they did the original transfer to the Chase account they had the money which came back and they were supposed to send it to me on BOFA--- And that money disappeared like what has happened in the past!  5:17 PM
>
> We've been playing this game for a long time send me I cannot take this kind of nonsense anymore.
>
> If you're not wanting to give money just say that, so we can stop playing this game.  5:18 PM

**You**
But I thought they already had money right because when they did the original transfer to the Chase account they had the money which came back and they were supposed to send it to me on BOFA--- And that money disappeared like...

They are a business account, multiple transactions happens. So they had transferred again.  5:24 PM

> How certain are you I'll get money on Monday?  6:26 PM

**You**
We've been playing this game for a long time send me I cannot take this kind of nonsense anymore.
If you're not wanting to give money just say that, so we can stop playing this g...

I told you that I will pay your money, but your account details were not correct, else money would have been in your account by now  6:26 PM

> Yeah.... And if that was the case it would have immediately rejected.. it doesn't take 5 days before they find out.



**Sammy**

We've been playing this game for a long time send me I cannot take this kind of nonsense anymore.
If you're not wanting to give money just say that, so we can stop playing this g...

I told you that I will pay your money, but your account details were not correct, else money would have been in your account by now   1:25 PM

> Yeah.... And if that was the case it would have immediately rejected.. it doesn't take 5 days before they find out.
>
> As we both know such failures and bouncing checks have happened multiple times.
>
> If the money doesn't come on Monday from them what can you give it to me on Monday?   5:27 PM

Jul 31, 2023

Sammy

> When can I expect the money transferred back into my account today?   9:19 AM
>
> You are not picking up the phone or responding with the text message. So I'm not sure what's the point of leaving a voice message for you?
>
> Please call back.   1:17 PM

Please wait dipak, let me confirm to you   1:28 PM

> Waiting for 2 years.....   1:20 PM

I know   1:21 PM

> So please give me whatever you can give directly from you. This waiting on your clients and someone else paying you something has not been working out.   1:21 PM

I am depending on this payment as of now for you & me also. Let me confirm to you   1:22 PM

 K  1:23 PM

Sammy

> What's the update?   3:34 PM

It will be done tomorrow as the balance will clear overnite   4:11 PM

 **Sammy**

**Sammy**
What's the update?  3:34 PM

It will be done tomorrow as the balance will clear overnite  4:11 PM

**Sammy**
Their fund has come to their bofa account by ach transfer. But it is showing but not yet available for use as it's processing as high value.
Monday it will clear & will be available in the morning.

On Friday you said you will be there. So are you there today?  4:23 PM

Going tomorrow morning as inspection moved for a day. I will get it done
4:25 PM

Ok...  4:27 PM

**Sammy**
Going tomorrow morning as inspection moved for a day. I will get it done

I am very much expecting this to happen on Tuesday Aug-01.  10:53 PM

Aug 1, 2023

**Sammy**
When is the transfer happening?  12:56 PM

I just reached, got late as had flat tire. Give me an hour please  1:38 PM

The person concerned is not available to go to bank today as I got late.
Anyway, i am staying over nite, will get it done tomorrow morning
3:34 PM

 Do you know if that person will be available tomorrow?
And they have funds for you?  3:50 PM

He is here only only not available to fo to bank today  3:51 PM

And how about funds?  3:51 PM

Aug 2, 2023

**Sammy**

 **Sammy**

He is here only only not available to fo to bank today

And how about funds?   3:51PM

Aug 2, 2023

> **Sammy**
> The person concerned is not available to go to bank today as I got late. Anyway, i am staying over nite, will get it done tomorrow morning

Sammy

Please ensure the money gets transferred today.   8:07 AM

Sammy what is the status of the transfer?   12:52PM

Sammy

There has been no update today. what is the status of the transfer?   2:10 PM

I am meeting at bank around 3:30 pm. Will confirm   2:11PM


2:11PM

 Sammy

I have not received any money back?   6:43PM

I had gone to bank today with the owner, they need to maintain the balance for a day more as their line of credit facility is on approval stage.

I am here tomorrow too ...will get it done as I need the fund too for ongoing work   6:43PM

So you found this out at the bank, were you present when the discussion happened?   6:44PM

Yes, i was there only   6:44PM

K   6:45 PM

And that was Bank of America on their side and you will send me money bank to Bank of America right?   6:49PM

 Sammy

> So you found this out at the bank, were you present when the discussion happened?
> 6:44 PM

Yes, i was there only   6:44 PM

> K   6:45 PM

> And that was Bank of America on their side and you will send me money bank to Bank of America right?
> 6:49 PM

Aug 3, 2023

> Hey Sammy, so this transfer is happening today right? From BofA to BofA?
> 8:30 AM

> Hey Sammy, so this transfer is happening today right? From BofA to BofA?
> 2:00 PM

> What's the status man?   3:58 PM

Waiting at bank for the customer will update   4:00 PM

> All right what is the status now?   5:53 PM

Aug 4, 2023

> Sammy, what happened yesterday?
> I haven't received any money back from you as you had promised.
> 9:33 AM

Good Morning, please wait till 12pm   9:39 AM 

> Ok...   9:40 AM

> Sammy
> So what's the story now?   1:09 PM

their line of credit is approved, just waiting for that release on account fund . . ., please wait, will confirm as part of fund will come to me too for the project   1:18 PM

> Waiting....   1:19 PM

Sammy

# Exhibit-N

During Jan-05-2024 341 hearing, Mukherjees agreed that they have sent invoices to Dallas Housing Authority (DHA), and they will provide to Trustee the copies of invoices that they had sent to DHA, but they had not provided to the Trustee to the best of my knowledge.

The following messages show the conversation, about the 3 invoices (Invoice-DCR-RL-66.pdf, Invoice-DCR-RL-67.pdf and Invoice-DCR-RL-68.pdf) provided to me on March 2, 2023, over WhatsApp by the Defendant-1 claiming the money from the DHA will be used to pay me back.

**The plaintiff is prepared to provide the 3 PDF files to the court to obtain a court order to establish if these are valid invoices for DHA.** The defendants did not meet their obligations agreed to under oath to provide those to the trustee to prove those were legitimate invoices.



