Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 24–04025
Chapter: 0
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sidhartha Mukherjee | Sunita Mukherjee |
| 3905 Kite Meadow Drive | 3905 Kite Meadow Drive |
| Plano, TX 75074 | Plano, TX 75074 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1040                                                                 xxx–xx–5871

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3zAmIJq, Instructions at www.txeb.uscourts.gov

on 8/27/24 at 09:30 AM

to consider and act upon the following:

Virtual Hearing Set (RE: related document(s)9 Motion to Set Aside Plaintiffs' Entry for Default Judgment Pursuant to Federal Rules of Civil Procedure 55(c) Filed by Daniel Herrin on behalf of Sidhartha Mukherjee, Sunita Mukherjee (RE: related document(s)7 Entry of Default By Court (RE: related document(s)5 Motion for Default Judgment Filed by Debtor Sidhartha Mukherjee, Defendant Sidhartha Mukherjee, Debtor Sunita Mukherjee, Defendant Sunita Mukherjee).. Hearing scheduled for 8/27/2024 at 09:30 AM at Virtual Hearing Location (TYL Aug 27). (jd)

Dated: 7/24/24

                                                                Jason K. McDonald
                                                                Clerk, U.S. Bankruptcy Court